Commonwealth *v.* Johnson, Appellant.

Submitted March 17, 1971. *Anne Welsh* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Esther K. Sylvester* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Jones, Appellant.

Submitted March 22, 1971. *Julius E. Fioravanti,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Jones, Appellant.

Argued March 16, 1971. *M. Richard Kalter,* with him *Schnader, Harrison, Segal & Lewis,* for appellant; *Joseph D. Grano,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy Dis-

trict Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., absent.

## Commonwealth *v.* Jones, Appellant.

Submitted March 15, 1971. *Robert W. Geigley,* for appellant; *Oscar F. Spicer,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Keadle, Appellant.

Submitted March 8, 1971. *John R. Walker,* Assistant Public Defender, for appellant; *Edward S. Newlin,* Second Assistant District Attorney, and *Jay L. Benedict,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Kennedy, Appellant.

Argued March 16, 1971. *Samuel W. Salus, II,* Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* Executive Assistant District Attorney,